UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 09CR2133-JM |
| Plaintiff, ) | |
| ) | **ORDER CONTINUING** |
| v. ) | **MOTION HEARING** |
| ) | |
| EVAN PEREZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that defendant Evan Perez's motion hearing date be continued from August 28, 2009, at 11:00 a.m. to *September 18, 2009 at 11 a.m.*.

**SO ORDERED**.

DATED: August 26, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge